**STATE of Missouri, Respondent,**

v.

**William CRABTREE, Appellant.**

**WD 79483**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 28, 2017

Christian Rasmussen, Camdenton, MO, Counsel for Appellant

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent

Before Division One: James Edward Welsh, P.J., Anthony Rex Gabbert, and Edward R. Ardini, Jr., JJ.

### ORDER

Per Curiam:

William Crabtree appeals the circuit court's judgment, after a bench trial, convicting him of unlawful possession of a firearm. We affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Arthur B. EARL, Appellant.**

**WD 79443**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 28, 2017

Joshua D. Hawley, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Ellen H. Flottman, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Mr. Arthur Earl appeals his convictions of one count of first-degree statutory sodomy and one count of first-degree child molestation following a jury trial. Mr. Earl contends that the trial court erred in admitting his statement to law enforcement because he alleges the statement was made involuntarily. There being no precedential value in our ruling, we have instead provided the parties with a legal memorandum explaining our ruling. We affirm. Rule 30.25(b).